**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**JOSE SANCHEZ-ZAMORA**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CR-S-03-0356 FCD |
| Plaintiff, | **ORDER** |
| v. | |
| **JOSE SANCHEZ-ZAMORA,** et al. | |
| Defendants. | |

GOOD CAUSE APPEARING, and based upon the stipulation of the parties filed on August 27, 2005,

IT IS HEREBY ORDERED that the judgement and sentencing hearing herein is rescheduled from August 29, 2005, until October 3, 2005 at 9:30 a.m..

DATE: August 29, 2005        /s/ Frank C. Damrell Jr.
                             HON. FRANK C. DAMRELL, JR.
                             United States District Judge